## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

JOANNE WEEKS and MARCHELE
MAHNESMITH,

                   Plaintiffs,

     v.

UMR, INC.,

                  Defendant.

Case No.: 17-cv-04311

Hon. Judge Sara Darrow
Hon. Magistrate Judge Jonathan E. Hawley

## MOTION OF UMR, INC. FOR LEAVE
## TO FILE A REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS

Defendant UMR, Inc. ("UMR"), by its attorneys, and pursuant to CDIL-LR 7.1(B)(3), respectfully moves this Court for leave to file a reply in further support of its motion to dismiss *instanter*.  In support of its motion, UMR states as follows:

1.       On February 9, 2018, UMR filed its motion to dismiss the Plaintiffs' Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, along with its memorandum of law in support.  [Dkt. 11-12.]  UMR argued that this Court should dismiss the Amended Complaint with prejudice because the Plaintiffs' claims are preempted by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.*

2.       On February 23, 2018, the Plaintiffs filed their response in opposition to UMR's motion to dismiss.  [Dkt. 14.]

3.       Under CDIL-LR 7.1(B)(3), no reply to the response is permitted without leave of Court.

4.       UMR respectfully requests that this Court grant it leave to file its reply, attached hereto as Exhibit A, *instanter*.  The Plaintiffs' response includes new issues, namely that the Plaintiffs are entitled to relief here without regard to any benefits coverage "or any relation to

any actual or alleged plan documents," which is inconsistent with the Amended Complaint, and,

UMR respectfully submits, misapprehends ERISA and the rights of a plan member.

5.      Accordingly, UMR submits that a reply is appropriate and necessary to address

these issues.

WHEREFORE, UMR, Inc. respectfully requests that this Court grant it leave to file its

reply, attached hereto as Exhibit A, *instanter* and grant such other relief as this Court deems just

and proper.

Respectfully Submitted,

UMR, INC.


By:   _/s/ Jason A. Frye_____
                    One of Its Attorneys

Scott J. Fisher (6237066)
sfisher@nge.com
Jason A. Frye (6292848)
jfrye@nge.com
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street
Suite 1700
Chicago, IL  60602-3801
(312) 269-8000


Dated: April 10, 2018

## <u>CERTIFICATE OF SERVICE</u>

Jason A. Frye, an attorney, certifies that on April 10, 2018, he caused a copy of the

**Motion of UMR, Inc. for Leave to File a Reply in Further Support of Its Motion to Dismiss**

to be served on counsel of record via this Court's CM/ECF System.


*/s/* Jason A. Frye _____


27504288.4